JUDGE SPRIZZO

'08 CIV 5415

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

COSCO BULK CARRIER CO. LTD.,

        Plaintiff,

   - against -

XYZ

        Defendant.
-----------------------------------------------------------X

08 Civ.

ECF CASE

RECEIVED JUN 16 2008 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 12, 2008
       New York, NY

                                    The Plaintiff,
                                    COSCO BULK CARRIER CO. LTD.,

                                    By: _/s/ Anne C. LeVasseur_
                                    Patrick F. Lennon
                                    Anne C. LeVasseur
                                    Charles E. Murphy
                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    (212) 490-6050
                                    facsimile (212) 490-6070
                                    pfl@lenmur.com
                                    acl@lenmur.com
                                    cem@lenmur.com