UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSCO BULK CARRIER CO. LTD.,

            Plaintiff,          :      08 Civ. 5415 (JES)

  - against -               :      ECF CASE

ANGANG GROUP HONG KONG CO. LTD.,

            Defendant.
------------------------------------------------------------X

### ORDER TO UNSEAL CASE

This Court ordered on June 13, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
June 25, 2008

                                    SO ORDERED

                                      Hon. John E. Sprizzo
                                      United States District Judge